UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **ARTHUR L. HIDES, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CAUSE NO. 1:06-CV-00328 |
| ) | |
| **CITY OF FORT WAYNE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**OPINION AND ORDER**

Before the Court is a motion (Docket # 21) filed by Plaintiff Arthur L. Hides, III, who is proceeding *pro se* and *in forma pauperis*, requesting that the Court compel at no expense to Hides, the production of certain transcripts concerning a motion to suppress hearing conducted in Allen Superior Court on August 11, 2006. For the reasons set forth herein, Hides's motion will be denied.

To explain, "this court has no authority to finance or pay for a party's discovery expenses even though the party has been granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)." *Smith v. Campagna*, No. 94 C 7628, 1996 WL 364770, at *1 (N.D. Ill. June 26, 1996); *see also Tabron v. Grace*, 6 F.3d 147, 159-60 (3rd. Cir. 1993); *Reed v. Pearson*, Civ. S85-100, 1989 WL 516266, at *1 (N.D. Ind. Aug. 22, 1989). Generally, a litigant must bear his own litigation costs. *See Walter v. Fiorenzo*, 840 F.2d 427, 436 (7th Cir.1988) ("Under the American rule, each party bears its own costs in litigation."). Thus, Hides is not entitled to a copy of a hearing transcript unless he pays for it.

In addition, Hides is apparently under a misconception that he "must file discovery five

business days before [the preliminary] pretrial conference." (Mot. to Compel at 1.)  Rather, the deadline for the completion of discovery will be established at the preliminary pretrial conference scheduled for January 17, 2006.

Therefore, Hides's motion to compel (Docket # 21) is DENIED.  Hides remains free, however, to contact the official court reporter of the Allen Superior Court to make arrangements, financial and otherwise, for a complete or partial hearing transcript.

SO ORDERED.

Enter for this 8th day of January, 2007.

                                                /S/ Roger B. Cosbey
                                                Roger B. Cosbey,
                                                United States Magistrate Judge